UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.E., et al., | CASE NO. C15-1659JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SEATTLE SCHOOL DISTRICT, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received Plaintiffs N.E., C.E., and P.E.'s (collectively, "Plaintiffs") response (Resp. to OSC (Dkt. # 25)) to the court's March 9, 2017, order to show cause why this case should not be dismissed as moot (OSC (Dkt. # 24)).  Based on Plaintiffs' response, the court agrees that dismissal is not appropriate at this time.  The court ORDERS the parties to file a joint status report ("JSR") no later than April 30, 2017, that informs the court whether Plaintiffs have appealed this matter to the United States

MINUTE ORDER - 1

Supreme Court and proposes a course of action for the resolution of this matter. The parties shall limit their JSR to no more than five (5) pages, and Plaintiffs are responsible for filing the JSR.

      Filed and entered this 24th day of March, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2